IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM HILL | : | CIVIL ACTION |
| | : | |
| v. | : | No 08-5476 |
| | : | |
| JAMES MC GRADY | : | |
| Commissioner of Social Security | : | |

O R D E R

AND NOW, this 29th day of July 2009, upon consideration of the Petition for Writ of Habeas Corpus (Doc. Nos. 1, 2), Respondent's Response in opposition thereto (Doc. No. 8), Petitioner's Reply (Doc. No. 9), the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 10), and Petitioner's Written Objections thereto (Doc. No. 11, it is hereby ORDERED as follows:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. The Petition for Writ of habeas Corpus is DENIED AND DISMISSED;

3. A certificate of appealability SHALL NOT issue because the Petitioner has not made a substantial showing of the denial of a constitutional right and because reasonable jurists would not find the correctness of the procedural aspects of this decision debatable.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT

/S/LEGROME D. DAVIS

Legrome D. Davis, J.